AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Danilo Pereira Tetzner
aka Davi Campos Pereira
aka Danny

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1740-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 1, 2005** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) utter, use, attempt to use, possess, obtain, accept and receive immigrant and nonimmigrant visas and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing such documents to be forged, counterfeited, altered, and falsely made, or to have been procured by means of any false claim and statement, or to have been otherwise procured by fraud or unlawfully obtained

in violation of Title **18** United States Code, Section(s) **1546(a)**

I further state that I am a(n) **DSS Special Agent** and that this complaint is based on the following facts:
   *Official Title*

Please see attached affidavit.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☐ No

*Signature of Complainant*
Christopher Brandt

Sworn to before me and subscribed in my presence,

08-05-2005                                          at    Worcester, Massachusetts
Date                                                      City and State

Charles B. Swartwood, III
Chief U.S. Magistrate Judge
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.