AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

| UNITED STATES OF AMERICA | 31 |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Danilo Pereira Tetzner<br>aka Davi Campos Pereira aka Danny | CASE NUMBER: 05-1740-CBS |

To:  The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Danilo Pereira Tetzner aka Davi Campos Pereira aka Danny
                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

uttering, using, attempting to use, possessing, obtaining, accepting and receiving immigrant and nonimmigrant visas and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing such documents to be forged, counterfeited, altered, and falsely made, or to have been procured by means of any false claim and statement, or to have been otherwise procured by fraud or unlawfully obtained

in violation of
Title    18    United States Code, Section(s)   1546(a)

| Charles B. Swartwood, III | Chief U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 08-05-2005 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____                    by _____
                                                                             Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>8/26/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>For<br>State Department | SIGNATURE OF ARRESTING OFFICER<br>[signature] SDUSM |
|---|---|---|
| DATE OF ARREST<br>8/10/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.