UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

**05 CR 10249 NMG**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| V. | ) | VIOLATION: |
| | ) | |
| DANILO PEREIRA TETZNER | ) | 18 U.S.C. § 1028(a)(1)- |
| a/k/a DAVI CAMPOS PEREIRA | ) | Fraud In Connection With |
| | ) | Identification Documents |
| | ) | 18 U.S.C. § 1028(a)(5)- |
| | ) | Possessing A Document-Making |
| | ) | Implement |

## INDICTMENT

**COUNT ONE:**
**18 U.S.C. § 1028(a)(1)**
**(Fraud In Connection With Identification Documents)**

The Grand Jury charges that:

Beginning at least as early as May, 2005, and continuing until at least in or about June, 2005, in Middlesex, in the District of Massachusetts,

**DANILO PEREIRA TETZNER,**

defendant herein, did knowingly and without lawful authority produce identification documents and false identification documents, to wit: counterfeit U.S. visas and counterfeit Brazilian passports, drivers licenses, and birth certificates.

All in violation of Title 18, United States Code, Section 1028(a)(1).

## COUNT TWO:
## 18 U.S.C. § 1028(a)(5)
### (Possessing A Document-Making Implement)

The Grand Jury further charges that:

Beginning at least as early as May, 2005, and continuing until at least in or about June, 2005, in Middlesex, in the District of Massachusetts,

**DANILO PEREIRA TETZNER,**

defendant herein, did knowingly produce, transfer, or possess a document-making implement or authentication feature with the intent such document-making implement or authentication feature be used in the production of a false identification document.

All in violation of Title 18, United States Code, Section 1028(a)(5).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
CHRISTOPHER F. BATOR
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September 14, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK
at 11:00 AM
9/14/05

≋JS 45 (5/97) - (Revised USAO MA 8/29/05)

**05 CR 10249 NMG**

**Criminal Case Cover Sheet**                                 U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** II | **Investigating Agency** DEPT. OF STATE |
| **City** Medford | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number | 05-1740-CBS |
| | Search Warrant Case Number | 05-1692-CBS |
| | Rule 5(c)/40 from District of | _____ |

**Defendant Information:**

Defendant Name   Danilo Pereira Tetzner                Juvenile   ☐ Yes   ☒ No

Alias Name   Davi Campos Pereira

Address   22B Mill Street, Woburn, MA

Birth date (Year only): 81   SSN (last 4 #): ___   Sex M   Race: ___   Nationality: Brazilian

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  S. Waqar Hasib              Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:   Portugese

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date:   08/09/05

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/14/05          Signature of AUSA: _____

05 CR 10249 NMG

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Danilo Pereira Tetzner

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1028(a)(1) | Producing Fraudulent Documents | 1 |
| Set 2  18 U.S.C. § 1028(a)(5) | Possessing A Document-Making Implement | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**