UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-1740-CBS |
| ) | |
| DANIEL PEREIRA TETZNER ) | |

**DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT**

Defendant Tetzner hereby moves the court to continue the date of arraignment from October 3, 2005 to October 11, 2005 at 2:30 p.m. on the ground that defense counsel is being held day-to-day to begin a trial in Suffolk Superior Court and may be on trial on October 3rd. Defendant waives his right to an arraignment prior to October 11th.

Dated: September 23, 2005

Daniel Pereira Tetzner
By his Attorney,

/s/Keith Halpern

Keith Halpern
BBO 545282
4 Longfellow Place, 37th Floor
Boston, MA 02114
(617) 722-9952

9-27-05
allowed