# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL ACTION<br>) NO. 05-10249-NMG |
| DANILO PEREIRA TETZNER,<br>    Defendant, | ) |

### INITIAL STATUS REPORT
### December 2, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Plea Negotiations</u>

Counsel for the parties have requested additional time in order to complete plea negotiations. I have granted that request.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on December 20, 2005, at 9:45 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Tetzner, I am excluding from the Speedy Trial Act, the period from November 3, 2005 (date of expiration of prior order of excludable time) through December 20, 2005 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, February 28, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE