UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 05-10249-NMG
DANILO PEREIRA TETZNER,        )
        Defendant,             )
                               )
_____)
```

**FINAL STATUS REPORT**
**December 21, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Gorton, J. to whom this case is assigned:

1. Rule 11 Hearing

Counsel for the parties have requested that this case be returned to Judge Gorton for a Rule 11 hearing. I have granted that request. At this time, counsel are not sure whether this change of plea will be with or without an agreement.

2. Excludable Time

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through December 20, 2005. Therefore, assuming no further order of excludable time under the plan for prompt

disposition of criminal cases, this case must be tried on or before Tuesday, February 28, 2006.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE